IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HAROLD GENE MCKINNEY                                                                                    PLAINTIFF

v.                                       Case No. 2:11-CV-02173

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                         DEFENDANT

**J U D G M E N T**

Currently before the Court is the Report and Recommendation (Doc. 6) dated September 7, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 26th day of September, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE